# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILBERT M. SEWELL,**

    **Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**

    **Respondent.**                                  **Case No. 06-cv-686-DRH**

## ORDER

**HERNDON, District Judge:**

       This cause comes before the Court on the Government's Motion for Extension of Time to Respond to Petitioner's Motion, pursuant to 28 U.S.C. §2255 (Doc. 5). In its Motion, the Government explains that the reason for requesting an extension is because it is currently attempting to obtain a transcript of Petitioner's sentencing hearing so that it can attach relevant portions to its Response, as well as diligently working to compile the other relevant documents. For good cause shown, said Motion (Doc. 5) is hereby **GRANTED**. The Government's Response must be filed by December 22, 2006.

       **IT IS SO ORDERED**.

       Signed this 13th day of November, 2006.

                                                                    /s/       David   RHerndon
                                                                     **United States District Judge**