# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILBERT M. SEWELL,**

    **Petitioner,**

    **vs-**                                      No. 06-CV-686 DRH
                                                              Criminal No. 05-CR-30059

**UNITED STATES OF AMERICA,**

    **Respondent.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court for a ruling on the petitioner's motion to vacate, set aside, or correct the sentence pursuant to **28 U.S.C. §2255.**

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED** and this case is **DISMISSED with prejudice**.

                                                           **NORBERT G. JAWORSKI, CLERK**

December 7, 2007                             BY:  s/Patricia Brown
                                                                   Deputy Clerk

APPROVED: /s/    *David R Herndon*
                    **CHIEF JUDGE**
                    **U.S. DISTRICT COURT**